IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID Q. WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-670-GBW |
| | ) |
| BANK OF AMERICA CORPORATION and MELISSA ANNE GRELLER, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington, this 10th day of October, 2023, consistent with the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. The Second Amended Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is directed to mark the case **CLOSED**.

_____
UNITED STATES DISTRICT JUDGE